IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-MJ-248-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| DESHAWN J. CRANK, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Dismiss Petition" (Document No. 14) filed May 29, 2024. This case has been assigned to the undersigned Magistrate Judge, and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, the Government seeks to dismiss the "Petition for Summons for Offender Under Supervision" (Document No. 4). The undersigned notes that the parties and the U.S. Probation Office agree to the proposed dismissal.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Dismiss Petition" (Document No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Petition for Summons for Offender Under Supervision" (Document No. 4) in this matter is hereby **DISMISSED**.

**SO ORDERED**.

Signed: May 31, 2024

David C. Keesler
United States Magistrate Judge